# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**RUTH GOMEZ-MARENTES,**
    Petitioner,

v.

**FCI ALICEVILLE**, et al.,
    Respondents.

**Case No. 7:25-cv-940-CLM-JHE**

## MEMORANDUM OPINION

The magistrate judge has entered a report (doc. 13) recommending that the court dismiss Petitioner Ruth Gomez-Marentes' 28 U.S.C. § 2241 petition for writ of habeas corpus. No objections have been filed.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss with prejudice Gomez-Marentes' claim related to the BOP's application of First Step Act time credits to her sentence. The court will dismiss without prejudice for lack of jurisdiction any challenge Gomez-Marentes is making related to the validity of her final administrative removal order.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on January 28, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE